UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-08-JJB-EWD** |
| **VERSUS** | **JUDGE BRADY** |
| **TONYA BRELAND, ET AL** | **MAGISTRATE WILDER-DOOMES** |

**ORDER**

The Court, having reviewed the defendant's *Motion to Designate Case as Complex*, the Memorandum in Support, the facts alleged therein, the pending motions, the record of the proceeding, the factors applicable under 18 U.S.C. 3161(h)(7)(B)(ii) and (iv), and having reviewed the number of defendants, the number and type of charges set forth in the indictment, the use of wiretap evidence, the volume of calls already produced in discovery, and the myriad issues required to be investigated and evaluated by defense counsel in order to provide the effective assistance of counsel, finds that:

This case is complex within the ambit of the Speedy Trial Act, and that granting the requested resetting and suspension of deadlines, having the same effect as a continuance under the Act, serves the ends of justice, and outweighs the best interests of the public and defendant in a speedy trial. Therefore,

4

IT IS ORDERED this case be designated as a complex case for purposes of the Speedy Trial Act (18 U.S.C. 3161).

THUS DONE AND ORDERED this 5th day of October, 2016 at Baton Rouge, Louisiana.

**JUDGE JAMES J. BRADY,**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**